ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE APPLICATION OF ) Case No. CV 08-2462-SVW (RNB)
JASON FLOWERS, )
        Applicant. ) **JUDGMENT**

    Pursuant to the Order Denying Application for Extension of Time to File Habeas Petition, and Summarily Dismissing Matter without Prejudice,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: APR 24 2008

_____
STEPHEN V. WILSLON
UNITED STATES DISTRICT JUDGE